U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2019 SEP -4 P 4:00

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN A. BEHN,

    Defendant.

Case No. 19-CR- **19-CR-155**

[18 U.S.C. § 922(g)(1)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about August 20, 2019, at XXXX Grand Avenue, Hartford, Wisconsin, in the State and Eastern District of Wisconsin,

**JUSTIN A. BEHN,**

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as:

   a. One German Sports Gun, model GSG-5, .22 LR rifle, bearing serial number A321841;
   b. One Grendel, model P12, .380 caliber pistol bearing serial number 33430;
   c. One Fabrique Nationale rifle, caliber unknown, bearing serial number 62610; and
   d. One Fabrique Nationale, model Five-seven, 5.7mm pistol, bearing serial number 386117683.

3. The ammunition is more fully described as:

    a. Twenty rounds of Fabrique Nationale 5.7x28 ammunition;
    b. 550 Winchester 12 gauge shotgun rounds;
    c. One Winchester .243 round;
    d. Five Winchester .380 rounds; and
    e. Thirty-five Winchester .45 auto rounds.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 20, 2019, at XXXX Pioneer Road, Richfield, Wisconsin, in the State and Eastern District of Wisconsin,

**JUSTIN A. BEHN,**

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as:

   a. One Izhmash 12 gauge shotgun bearing serial number 13601362; and
   b. One Smith & Wesson model SW1911 .45 caliber handgun bearing serial number UCW8629.

3. The ammunition is more fully described as:

   a. Twelve rounds of Western Cartridge Co. 12 gauge ammunition;
   b. Eight rounds of Hornady .45 caliber ammunition;
   c. One 12 gauge shotgun magazine with 3 rounds of 12 gauge ammunition; and
   d. Approximately 1,650 rounds of FNH caliber 5.7 x 28 mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

3

Case 2:19-cr-00155-JPS   Filed 09/04/19   Page 3 of 4   Document 5

## FORFEITURE NOTICE

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) set forth in Counts One and Two of this Indictment, the defendant, JUSTIN A. BEHN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to:

1. One German Sports Gun, model GSG-5, .22 LR rifle, bearing serial number A321841;
2. One Grendel, model P12, .380 caliber pistol bearing serial number 33430;
3. One Fabrique Nationale rifle, caliber unknown, bearing serial number 62610;
4. One Fabrique Nationale, model Five-seven, 5.7mm pistol, bearing serial number 386117683;
5. Twenty rounds of Fabrique Nationale 5.7x28 ammunition;
6. 550 Winchester 12 gauge shotgun rounds;
7. One Winchester .243 round;
8. Five Winchester .380 rounds;
9. Thirty-five Winchester .45 auto rounds;
10. One Izhmash 12 gauge shotgun bearing serial number 13601362; and
11. One Smith & Wesson model SW1911 .45 caliber handgun bearing serial number UCW8629.
12. Twelve rounds of Western Cartridge Co. 12 gauge ammunition;
13. Eight rounds of Hornady .45 caliber ammunition;
14. One 12 gauge shotgun magazine with 3 rounds of 12 gauge ammunition; and
15. Approximately 1,650 rounds of FNH caliber 5.7 x 28 mm ammunition.

A TRUE BILL:

FOREPERSON

Dated: 9-4-2019

MATTHEW D. KRUEGER
United States Attorney

4